**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Julia L. Matter, SBN 029178
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Julia.Matter@pcao.pima.gov
pcaocvbk@pcao.pima.gov
*Attorneys for Creditor Pima County*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | No. 4:17-bk-11219-BMW |
| TUCSON ONE, LLC | |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

    Julia L. Matter, Deputy Pima County Attorney, gives notice of appearance as counsel of record for Pima County in the above-captioned matter and further requests that all notices, motions, briefs, pleadings, orders, and other papers be served at the following address:

Julia L. Matter
Pima County Attorney's Office, Civil Division
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Julia.Matter@pcao.pima.gov
pcaocvbk@pcao.pima.gov

///

1 of 2

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By /s/ Julia L. Matter
Julia L. Matter
Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

JEFFREY M. NEFF
AMANDA C. FIFE
jeff@nefflawaz.com
amanda@nefflawaz.com
*Attorneys for Debtor*

ELIZABETH C. AMOROSI
elizabeth.c.amorosi@usdoj.gov
*Chapter 11 Trustee*

By: /s/ Karissa M. Grippando

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION