# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 4:17-bk-11219-BMW
)
**TUCSON ONE, LLC** ) INVESTMENT ENTITY
) MONTHLY REPORT
)
) MONTH OF _APRIL 2018_
)
) DATE PETITION FILED: 9/22/2017
Debtor )
) TAX PAYER ID NO.: _20-2988588_

Nature of Debtor's Investments: _Rental Property_

DATE DISCLOSURE STATEMENT FILED: _12-21-17_ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED: _12-21-17_ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_[signature]_      _MANAGING MEMBER_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

_HENRY GOLDMAN TRUSTEE_
PRINTED NAME OF RESPONSIBLE PARTY     DATE

PREPARER:

_[signature]_      _TRUSTEE_
ORIGINAL SIGNATURE OF PREPARER    TITLE

_SHIRLEY GOLDMAN_     _5/14/18_
PRINTED NAME OF PREPARER     DATE

PERSON TO CONTACT REGARDING THIS REPORT: _SHIRLEY GOLDMAN_
PHONE NUMBER: _805-985-7740_
ADDRESS: _P.O. Box 5847 VENTURA, CA 93005_

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

May 14 18 09:37a    HENRY A GOLDMAN    805-984-7262    p.2

| Case Number: 4:17-bk-11219-BMW | | | | CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS | |

| All sections of the report are to be completed | General Account #2331 | Other # | Other # | Total 596.49 |
|---|---|---|---|---|
| Balance at Beginning of Period | | | | |
| **RECEIPTS** | | | | |
| Loans and Advances | | | | |
| Capital Investments | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Interest | | | | |
| Other (attach list) | | | | |
| MEMBER CONTRIBUTION | 1,000.00 | | | 1,000.00 |
| TOTAL RECEIPTS | 1,000.00 | | | 1,596.49 |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | | | | 569.83 |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| FRANCHISE TAX BD | | | | 800.00 |
| Reorganization Expenses: | | | | |
|   Attorney Fees | | | | |
|   Accountant Fees | | | | |
|   Other Professional Fees | | | | |
|   U. S. Trustee Quarterly Fee | | | | |
|   Court Costs | | | | |
| TOTAL DISBURSEMENTS | | | | 1,369.83 * |
| Balance at End of Month * | | | | 226.66 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 1,369.83 * |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payment from escrow, 2-party check, etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 1,369.83 |

Page 2

Case Number: 4:17-bk-11219-BMW

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | X |
| 2. Have you made any payments to an attorney or accountant this month? | | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | X |
| 5. Have any insurance policies or coverages expired? | | X |
| 6. Are any post-petition real estate taxes past due? | X | |
| 7. Have any pre-petition taxes been paid during this reporting period? | | X |
| 8. Do you expect any significant income changes within the next 90 days? | X | |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Debtor is working with its approved broker to market the property for lease or sale. The income from either will be used to make required payments, including taxes.

What progress has been made, during the reporting period, towards reorganinzing your estate?

See above.

Page 3

# INVESTMENT STATUS

Please list each investment separately. In each description, include the name of the investment if it is a partnership, joint venture, stock in a corporation, etc. If the investment is real property, provide a description and an address.

| INVESTMENT | SECURED CREDITOR | ORIGINAL LOAN BALANCE | SCHEDULED LOAN BALANCE |
|---|---|---|---|
| 1 Description of Investment<br>3700 E. Ft. Lowell Drive, Tucson, AZ 85716<br>Acquisition Date: 6/2005<br>Acquisition Cost: 3,849,000.00<br>Scheduled Value: 1,100,000.00<br>If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | US BANK | 2,769,500.- | 2,377,644.- |
| 2 Description of Investment<br>Acquisition Date:<br>Acquisition Cost:<br>Scheduled Value:<br>If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | | | |
| 3 Description of Investment<br>Acquisition Date:<br>Acquisition Cost:<br>Scheduled Value:<br>If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | | | |
| 4 Description of Investment<br>Acquisition Date:<br>Acquisition Cost:<br>Scheduled Value:<br>If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | | | |

Page 4

Case Number: 4:17-bk-11219-BMW

# DISBURSEMENT DETAIL

Month: April 2018
Account # -2331

Bank Name: Union Bank

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |

Total Cash/Electronic Disbursements

## CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
| 1020 | 4/6/18 | TUCSON ELEC | | 532.93 |
| 1021 | ✓ | FRANCHISE TAX BD | | 800.00 |
| 1022 | 4/10/18 | TUCSON WATER | | 36.90 |

Total checks listed on this page: 1,369.83
Total checks listed on continuation pages:

**TOTAL DISBURSEMENTS FOR THE MONTH** (include cash/electronic disbursements): 1,369.83

Case 4:17-bk-11219-BMW   Doc 56   Filed 05/18/18   Entered 05/18/18 13:23:20   Desc
Main Document   Page 5 of 6



**UnionBank®**

# STATEMENT OF ACCOUNTS

UNION BANK
CHANNEL ISLANDS 0776
PO BOX 512380
LOS ANGELES          CA    90051-0380

Page 1 of 1
Statement Number ▓▓▓▓2331
3/31/18 - 4/30/18

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

CY30 Z  0 A 0000 001586 -040907    703340

TUCSON ONE, LLC
PO BOX 5847
VENTURA CA 93005

To open additional accounts,
or apply for loans, call your
banking office at 805-985-2873

You may also access your account online
at unionbank.com

Thank you for banking with us
since 2017

■ Our Account Agreement has an update about Overdraft Protection Services. These Services will
not be used to pay a Debit when you have an insufficient Available Balance due to a hold we
placed on your funds (e.g., a hold pursuant to our Funds Availability Policy or in connection
with an adverse claim, a dispute, a levy, or other legal process). Therefore, a deposit account
or line of credit with available funds or credit will not be used in such circumstances.

## BUSINESS BASICS CHECKING SUMMARY

Days in statement period: 31                                                                                           Account Number: ▓▓▓▓2331

| | | |
|---|---:|---:|
| Balance on 3/31 | $ | 596.49 |
| Additions | | 1,000.00 |
| Subtractions | | -1,369.83 |
|     Checks | -800.00 | |
|     Payments | -569.83 | |
| Balance on 4/30 | $ | 226.66 |
| Statement Average Ledger Balance | $ | 366.22 |

Your monthly service charge of $7.00 per month is currently waived for the next 8 month(s). Upon
expiration at the end of 12/2018, your monthly service charge will be $7.00.

You can continue to enjoy a waived monthly service charge after expiration by meeting any one
of the following account requirements:

- A minimum daily balance of $1,000
- An average monthly balance of $3,000
- An average combined balance of $5,000

**Additions**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 4/11 | OFFICE DEPOSIT | 77487609 | $ 1,000.00 |

**Checks**

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---:|---|---|---|---|
| 1021 | 4/11 | 27842436 | $ 800.00 | | | | |

**Payments**

online and electronic banking

| Date | Description | Account code | Reference | Amount |
|---|---|---|---|---:|
| 4/11 | TUCSON ELECTRIC CHECKPAYMT ARC  1020 | | 52359467 | $ 532.93 |
| 4/18 | CITY OF TUCSON UTILITIES ARC  1022 | | 50197318 | 36.90 |
| Total | | | $ | 569.83 |



Case 4:17-bk-11219-BMW    Doc 56    Filed 05/18/18    Entered 05/18/18 13:23:20    Desc
Main Document    Page 6 of 6