**NEFF & BOYER, P.C.**
CAMP LOWELL CORPORATE CENTER
4568 E. CAMP LOWELL DRIVE
TUCSON, ARIZONA 85712
PHONE (520) 722-8030
FAX (520) 722-8032
JEFFREY M. NEFF
**ARIZ. BAR #5603 PCC #41908**
jeff@nefflawaz.com
AMANDA C. FIFE
**ARIZ. BAR #29121 PCC #66443**
amanda@nefflawaz.com

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

TUCSON ONE, LLC

                                Debtor.

**CHAPTER 11 CASE**

**Case No.:  4:17-bk-11219-BMW**

**RESPONSE TO U.S. BANK'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT DATED DECEMBER 21, 2017**

COMES NOW, Debtor and Debtor-in-Possession, Tucson One, LLC ("Debtor"), by and through undersigned counsel, and files this Response to U.S. Bank's Objection to Debtor's Disclosure Statement dated December 21, 2017. This Response is supported by the following:

1.      11 U.S.C. § 1125(b) provides that in order for Debtor to solicit acceptance of its plan, its disclosure statement must first be approved by the Court has having "adequate information" that would enable a hypothetical reasonable investor typical of

holders of claims or interests of the relevant class to make an informed judgment about the plan.

2.      U.S. Bank appears to cite a number of cases that are not controlling in this jurisdiction, and asserts arguments best suited for the next step of plan confirmation.

3.      Debtor's plan is not, on its face, non-confirmable as a matter of law, and Debtor does anticipate an impaired accepting class of creditors.   Debtor therefore should be entitled to proceed with its filed Disclosure Statement, presuming the Court finds adequate information is provided therein.

4.      Debtor's plan furthermore, is feasible.   To demonstrate that a plan is feasible, a debtor need only show a reasonable probability of success; the Code does not require the debtor to prove that success is inevitable, and a relatively low threshold of proof will satisfy the feasibility requirement.   See  In re Brotby, 303 B.R.177, 191 (BAP, Ninth Cir. 2003).

5.      The Bankruptcy Court has discretion in determining what constitutes adequate information, and is made on a case-by-case basis. Id at 193.

6.      Debtor is actively working to secure a tenant for the Property sufficient to pay the claims, which is in prospect.

7.      Upon review, Debtor's Disclosure Statement meets the requirement and standard of adequate information, and should therefore be approved by the Court.

WHEREFORE, Debtor moves this Honorable Court for an Order denying the relief requested by U.S. Bank and for other and further relief as the Court deems just and proper, and that Debtor be permitted to move forward with the approval of its Disclosure Statement dated December 21, 2017.

2

| | |
|---|---|
| 1 | Dated this 21st day of May, 2018. |
| 2 | **NEFF & BOYER, P.C.** |
| 3 | By: /s/ Jeffrey M. Neff, AZB# 5603 |
| 4 | Jeffrey M. Neff |
| | *Attorney for Debtor* |
| 5 | Filed this 21st day of May, 2018, with: |
| 6 | |
| 7 | United States Bankruptcy Court, District of Arizona |
| | 38 South Scott Ave. |
| 8 | Tucson, Arizona 85701 |
| | CM/ECF |
| 9 | |
| 10 | COPIES of the foregoing were |
| | Served/Mailed on the 21st day of May, 2018 |
| 11 | Via E-Mail to: |
| 12 | Dean C. Waldt, Esq. |
| | waldtd@ballardspahr.com |
| 13 | Michael A. DiGiacomo, Esq. |
| | digiacomom@ballardspahr.com |
| 14 | BALLARD SPAHR, LLP |
| | 1 East Washington Street, Suite 2300 |
| 15 | Phoenix, Arizona 85004-2555 |
| 16 | *Attorneys for U.S. Bank, NA as Trustee* |
| 17 | BY: Amanda C. Fife |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | http://127.0.0.1:8881/1/1. Open/Goldman, Henry/Tucson One LLC Bankruptcy/response to US Bank objection to disclosure statement.docx |
| 24 | |
| 25 | |
| 26 | |

3